# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### WESTERN DIVISION

In re: BLANKENBAKER, LARRY B            § Case No. 15-81558
     BLANKENBAKER, MARY F            §
                                                                    §
Debtor(s)                                §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

     JAMES E. STEVENS, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

     1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

     2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $691,863.83 *(without deducting any secured claims)* | Assets Exempt: $44,802.00 |
| Total Distribution to Claimants: $2,391.00 | Claims Discharged Without Payment: $30,016.32 |
| Total Expenses of Administration: $2,609.00 | |

     3) Total gross receipts of $ 5,000.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $5,000.00 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $925,347.28 | $38,860.60 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 2,609.00 | 2,609.00 | 2,609.00 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 32,289.99 | 12,188.35 | 12,188.35 | 2,391.00 |
| **TOTAL DISBURSEMENTS** | $957,637.27 | $53,657.95 | $14,797.35 | $5,000.00 |

4) This case was originally filed under Chapter 7 on June 11, 2015. The case was pending for 15 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 08/17/2016          By: /s/JAMES E. STEVENS
                              Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| 15 Signed Art Prints | 1129-000 | 1,000.00 |
| 20 year old Beaver coat, wedding rings and misc | 1129-000 | 1,000.00 |
| 2002 Dodge Ram 1500 pickup (137,000 miles) | 1129-000 | 1,500.00 |
| Woodworking tools and equipment | 1129-000 | 1,500.00 |
| **TOTAL GROSS RECEIPTS** | | **$5,000.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 3 | Dupaco Community Credit Union | 4110-000 | 39,000.00 | 38,860.60 | 0.00 | 0.00 |
| NOTFILED | Jo Davies Treasurer | 4110-000 | 2,456.10 | N/A | N/A | 0.00 |
| NOTFILED | First Community Bank of Galena | 4110-000 | 185,795.04 | N/A | N/A | 0.00 |
| NOTFILED | Jo Davies Treasurer | 4110-000 | 15,792.38 | N/A | N/A | 0.00 |
| NOTFILED | Toyota Financial Services | 4110-000 | 7,188.62 | N/A | N/A | 0.00 |
| NOTFILED | Dupaco Community Credity Union | 4110-000 | 26,025.82 | N/A | N/A | 0.00 |
| NOTFILED | Dupaco Community Credity Union | 4110-000 | 649,089.32 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$925,347.28** | **$38,860.60** | **$0.00** | **$0.00** |

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| JAMES E. STEVENS | 2100-000 | N/A | 1,250.00 | 1,250.00 | 1,250.00 |
| Barrick, Switzer, Long, Balsley & Van Evera | 3110-000 | N/A | 1,349.00 | 1,349.00 | 1,349.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $2,609.00 | $2,609.00 | $2,609.00 |

# EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

# EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

# EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Martin Brothers Distributing Co. Inc. | 7100-000 | 10,489.23 | 10,646.56 | 10,646.56 | 2,088.55 |
| 2 | Capital One Bank (USA), N.A. | 7100-000 | 1,581.79 | 1,541.79 | 1,541.79 | 302.45 |
| NOTFILED | Performance Food Group - TPC | 7100-000 | 1,800.56 | N/A | N/A | 0.00 |
| NOTFILED | O'Connor, Brooks & Co. | 7100-000 | 10,013.32 | N/A | N/A | 0.00 |
| NOTFILED | Sutter Bakery | 7100-000 | 199.16 | N/A | N/A | 0.00 |
| NOTFILED | United Health Care | 7100-000 | 1,905.00 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| NOTFILED | Mahoney Publishing d/b/a The Flash | 7100-000 | 392.36 | N/A | N/A | 0.00 |
| NOTFILED | Skylight Financial Group | 7100-000 | 1,500.00 | N/A | N/A | 0.00 |
| NOTFILED | IL Restaurant Risk Mgmt. Assoc. c/o Reyes Kurson | 7100-000 | 1,864.14 | N/A | N/A | 0.00 |
| NOTFILED | Fire & Safety Equipment III, LLC | 7100-000 | 526.55 | N/A | N/A | 0.00 |
| NOTFILED | DEX Media | 7100-000 | 140.32 | N/A | N/A | 0.00 |
| NOTFILED | Just Energy | 7100-000 | 415.81 | N/A | N/A | 0.00 |
| NOTFILED | Galena Gazette | 7100-000 | 1,461.75 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | **$32,289.99** | **$12,188.35** | **$12,188.35** | **$2,391.00** |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case Number:** 15-81558  
**Case Name:** BLANKENBAKER, LARRY B  
BLANKENBAKER, MARY F  
**Period Ending:** 08/17/16

**Trustee:** (330420) JAMES E. STEVENS  
**Filed (f) or Converted (c):** 06/11/15 (f)  
**§341(a) Meeting Date:** 07/09/15  
**Claims Bar Date:** 01/20/16

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled And Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 | 1 Jonquil Court, Galena IL 61036 Blankenbaker Tr | 175,000.00 | 0.00 | | 0.00 | FA |
| 2 | 103 N. Main Street, Galena, Il 61036 Blankenbake | 500,000.00 | 0.00 | | 0.00 | FA |
| 3 | First Community Bank - joint checking | 500.00 | 0.00 | | 0.00 | FA |
| 4 | First Community Bank - joint savings | 155.00 | 0.00 | | 0.00 | FA |
| 5 | LPL Financial - checking account | 135.00 | 0.00 | | 0.00 | FA |
| 6 | First Community Bank - HSA account | 22.57 | 0.00 | | 0.00 | FA |
| 7 | First Community Bank of Galena - HSA Account | 89.26 | 0.00 | | 0.00 | FA |
| 8 | Normal complement of household goods | 5,000.00 | 0.00 | | 0.00 | FA |
| 9 | 15 Signed Art Prints     See Order to Compromise Controversy entered 3/2/16. | 3,000.00 | 3,000.00 | | 1,000.00 | FA |
| 10 | Normal complement of clothing | 500.00 | 0.00 | | 0.00 | FA |
| 11 | 20 year old Beaver coat, wedding rings and misc     See Order to Compromise Controversy entered 3/2/16. | 2,500.00 | 1,000.00 | | 1,000.00 | FA |
| 12 | 6 unused rusty shotguns, 1 handgun | 350.00 | 0.00 | | 0.00 | FA |
| 13 | West Coast Life Insurance Co - term insurance | 1.00 | 0.00 | | 0.00 | FA |
| 14 | West Coast Life Insurance Co. - term insurnace | 1.00 | 0.00 | | 0.00 | FA |
| 15 | 95% of Benjamin's Ltd. of Galena (closed 11/30/2 | 0.00 | 0.00 | | 0.00 | FA |
| 16 | 2009 Toyota Venza | 10,000.00 | 0.00 | | 0.00 | FA |
| 17 | 2002 Dodge Ram 1500 pickup (137,000 miles)     See Order to Compromise Controversy entered 3/2/16. | 4,000.00 | 1,600.00 | | 1,500.00 | FA |
| 18 | 2 Tablets, 1 older laptop | 100.00 | 0.00 | | 0.00 | FA |
| 19 | 1 dog | 10.00 | 0.00 | | 0.00 | FA |
| 20 | Woodworking tools and equipment     See Order to Compromise Controversy entered 3/2/16. | 6,000.00 | 3,000.00 | | 1,500.00 | FA |
| 20 | Assets   Totals (Excluding unknown values) | $707,363.83 | $8,600.00 | | $5,000.00 | $0.00 |

Exhibit 8

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 2

**Case Number:** 15-81558  
**Case Name:** BLANKENBAKER, LARRY B  
BLANKENBAKER, MARY F  
**Period Ending:** 08/17/16

**Trustee:** (330420) JAMES E. STEVENS  
**Filed (f) or Converted (c):** 06/11/15 (f)  
**§341(a) Meeting Date:** 07/09/15  
**Claims Bar Date:** 01/20/16

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br><br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):**   April 1, 2016        **Current Projected Date Of Final Report (TFR):**   April 9, 2016  (Actual)

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

| Case Number: | 15-81558 | | Trustee: | JAMES E. STEVENS (330420) |
|---|---|---|---|---|
| Case Name: | BLANKENBAKER, LARRY B | | Bank Name: | Rabobank, N.A. |
| | BLANKENBAKER, MARY F | | Account: | ******1266 - Checking Account |
| Taxpayer ID #: | **-***8535 | | Blanket Bond: | $6,620,000.00 (per case limit) |
| Period Ending: | 08/17/16 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 03/07/16 | | Ralph Dietrich and Mary Blankenbaker | unexempt personal property | | 5,000.00 | | 5,000.00 |
| | {9} | | 1,000.00 | 1129-000 | | | 5,000.00 |
| | {11} | | 1,000.00 | 1129-000 | | | 5,000.00 |
| | {17} | | 1,500.00 | 1129-000 | | | 5,000.00 |
| | {20} | | 1,500.00 | 1129-000 | | | 5,000.00 |
| 03/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 4,990.00 |
| 06/06/16 | 101 | Barrick, Switzer, Long, Balsley & Van Evera | Dividend paid 100.00% on $1,349.00, Attorney for Trustee Fees (Trustee Firm); Reference: | 3110-000 | | 1,349.00 | 3,641.00 |
| 06/06/16 | 102 | JAMES E. STEVENS | Dividend paid 100.00% on $1,250.00, Trustee Compensation; Reference: | 2100-000 | | 1,250.00 | 2,391.00 |
| 06/06/16 | 103 | Martin Brothers Distributing Co. Inc. | Dividend paid 19.61% on $10,646.56; Claim# 1; Filed: $10,646.56; Reference: | 7100-000 | | 2,088.55 | 302.45 |
| 06/06/16 | 104 | Capital One Bank (USA), N.A. | Dividend paid 19.61% on $1,541.79; Claim# 2; Filed: $1,541.79; Reference: | 7100-000 | | 302.45 | 0.00 |
| | | | ACCOUNT TOTALS | | 5,000.00 | 5,000.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | Subtotal | | 5,000.00 | 5,000.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $5,000.00 | $5,000.00 | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| Checking # ******1266 | 5,000.00 | 5,000.00 | 0.00 |
| | $5,000.00 | $5,000.00 | $0.00 |

{} Asset reference(s)

Printed: 08/17/2016 02:36 PM V.13.28